# EXHIBIT G

## '924 Patent Claim Chart

Claim 13 of U.S. Patent No. 11,634,924

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[pre]** A system for providing shade onto a surface, the system comprising: | The Beach Shade Cordless provides shade onto a surface as shown in the photo below.<br><br>*The Beach Shade Cordless system is providing shade onto a surface.*<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade-cordless |
| **13[a]** a frame defined by a plurality of sections and comprising a cable extending therethrough, | The frame of the Beach Shade Cordless consists of a frame defined by a plurality of sections that includes a cable extending therethrough as shown in the photo below.<br><br>*Frame defined by a plurality of sections with cable extending therethrough*<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade-cordless |

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[b]** each of the plurality of sections being engageable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration, | The plurality of sections are engagable with at least one adjacent section to define the frame in a supporting configuration and thereby disengageable to define the frame in a transport configuration as shown in the photos below.<br><br>Plurality of sections are engageable with at least one adjacent section to define the same in a supporting configuration<br><br>Plurality of sections are disengageable to define the same in a transport configuration<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade-cordless |

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[c]** wherein each of a left end and a right end of the frame in the supporting configuration has a corkscrew shape for engaging a surface; | The Beach Shade Cordless consists of a left end and a right end of the frame in the supporting configuration with a corkscrew shape for engaging a surface as shown in the photos below.<br><br>Frame in supporting configuration<br><br>Left end corkscrew shape for engaging the surface<br><br>Right end corkscrew shape for engaging the surface<br><br>Left and right end corkscrew shapes for engaging the surface<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade-cordless |

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[d]** a canopy extending between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end; and | The Beach Shade Cordless canopy extends between a first end and an opposing second end, the first end of the canopy extending between a left end and a right end as shown in the photo below.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade-cordless |
| **13[e]** at least one fastener that secures the canopy in position relative to the frame, | The Beach Shade Cordless consists of fabric that is wrapped around the end of the pole to fasten and secure the canopy in position relative to the frame as shown in the stillshot below.<br><br>*See, e.g.*, https://beachshade.com/pages/setup (including the video instructions for setup) |

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[f]** wherein the second end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface, | The second end of the canopy is spaced apart from the frame in the supporting configuration such that the canopy is supportable by the frame and at least partially supportable by wind in a first configuration for providing shade to the surface as shown in the photo below.<br><br>Second end is at least partially supportable by wind.<br>Frame in supporting configuration<br>The second end of the canopy is spaced apart from the frame<br>The Beach Shade Cordless system is providing shade onto a surface.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade-cordless |

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[g]** wherein the at least one fastener has a higher coefficient of friction with respect to a coefficient of friction of the plurality of sections of the frame, and | The fastener is wrapped around the end of the frame and over onto itself so that friction prevents the canopy from sliding up along the plurality of sections of the frame.<br><br><br><br><br><br>*See, e.g.*, https://beachshade.com/pages/setup (including the video instructions for setup) |

| US 11,634,924 | Beach Shade's Shading System |
|---|---|
| **13[h]** wherein the second end of the canopy defines a tail, the tail being engageable with or coupleable to an anchor for securing the canopy into position. | The second end of the canopy defines a tail that is engageable with or coupleable to an anchor for securing the canopy into position as shown in the photo below. Beach Shade has previously offered a "no wind" solution with poles to engage a tail end of the canopy -- this optional functionality is equally applicable to the Beach Shade Cordless product.<br><br>Second end defining a tail<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade-cordless |