THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC. <br><br> Plaintiff, <br><br> v. <br><br> BEACH SHADE LLC, and <br> MATTHEW FINNERAN <br><br> Defendants. | Civil Action No: 5:23-cv-0297-FL |

**SUPPLEMENTAL DECLARATION OF DANE BARNES
IN SUPPORT OF SHIBUMI SHADE, INC.'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Dane Barnes, being over the age of 18 and competent to make the declarations herein, do hereby declare that:

1. I am one of the co-founders of Shibumi Shade, Inc. ("Shibumi").

2. I provide this Supplemental Declaration in support of Shibumi's Reply in Support of its Motion for Preliminary Injunction.

3. I write this declaration to update the Court regarding the ongoing impact of Beach Shade's infringement of Shibumi's intellectual property since my previous declaration dated June 28, 2023, as well as to respond to certain alleged facts presented by Beach Shade in its Opposition to Shibumi's Motion for Preliminary Injunction.

4. As described below, the harm caused by Beach Shade has continued in the ways I explained and predicted.

1

### A. Impact of Beach Shade on Shibumi's Goodwill, Reputation, Pricing, and Market Share

5. As I explained previously, Beach Shade is riding Shibumi's coattails and capitalized on the "Shibumi Shade" keyword on Amazon. In my previous declaration, I provided trends regarding top clicked products, percentage of clicks, and percentage of conversion share for various Amazon search terms. Dkt. 19 ¶ 21. The same trends still apply. For example, the Beach Shade Cordless continues to be the #1 clicked product with searchers for "shibumi shade alternative," with 18% of clicks and a 15% conversion rate in July 2023 and 21% of clicks and a 29% conversion share in August 2023. Ex. A-1. Amazon has not yet provided data for the month of September.

6. Beach Shade's marketing strategy and marketing spend has continued to force Shibumi to significantly spend more on advertising to ensure it is the top search hit on its own brand name.

7. Shibumi has continued to receive comments from retailers and customers who see the Beach Shade Cordless and consider it to be a "knock off" and "copycat" of the Shibumi beach shade. The below are four comments we received through the customer service function on Shibumi's website:



July 20, 2023 Customer Message

July 2, 2023 Customer Message



July 28, 2023 Customer Message



July 11, 2023 Customer Message

3

I captured the additional comments below from the identified sources:



Beach Shade Facebook Page dated July 28, 2023



Facebook Messenger dated July 22, 2023



Facebook Messenger dated July 24, 2023



Instagram post dated July 17, 2023



Facebook Messenger dated August 27, 2023

4

 

| Customer Facebook Page captured July 8, 2023 | Text Message from Owner of Robinson's Hardware (Shibumi vendor) to Dane Barnes captured July 13, 2023 |

8. Shibumi also continued to see reviews on the Amazon listing for Beach Shade Cordless from customers who have decided to purchase a Beach Shade Cordless instead of the Shibumi (whether by name or implication) because it is less expensive than the Shibumi Shade. A representation of these comments, which I collected, is shown below with dates indicated.

















9. It's my understanding that on October 10, 2023, Amazon removed the listing for the Beach Shade Cordless after receiving Shibumi's submission regarding infringement of the United States Patent No. D990,605. However, Amazon could allow the Beach Shade Cordless to be listed again or Beach Shade could relist the Beach Shade Cordless with Amazon under a different ASIN. Further, Beach Shade continues to make sales on its website and presumably

sells to retailers. Therefore, the removal of the Beach Shade Cordless listing on Amazon does not stop the harm caused by Beach Shade's infringement.

10. Customers have also continued to make comments on Facebook comparing the two products and, often noting the lower price of the Beach Shade Cordless. I collected the comments below from the source indicated.



Comment on Beach Shade's Facebook Ad dated July 28, 2023



Comment on Beach Shade's Facebook Ad dated July 28, 2023

7




Facebook post
dated July 11, 2023

Beach Shade's Facebook Ad
dated July 21, 2023

8



Facebook post dated July 24, 2023

11. As I previously explained, competition from the Beach Shade Cordless in the market is impacting sales of the Shibumi Shade in terms of both lost market share and reduction in the price the industry will pay for the Shibumi Shade. Shibumi has been forced to keep the lower price of $270 on Amazon discussed in paragraph 31 of my original declaration to compete

for customers who are looking for a beach shade with our patented design. Because Shibumi has been forced to keep this lower price on Amazon, a much higher percentage of Shibumi Shade online sales now happen through Amazon rather than as direct sales through www.shibumishade.com. This has a number of negative consequences for our business including lower margins, higher risk for counterfeiting/infringement of our intellectual property, and increased costs to serve Amazon (having to hire an agency to support ads on Amazon). We have also faced pressure to lower the cost of the Shibumi Shade below the $270 on both our website and on Amazon.

12. Shibumi has also continued to lose sales and market share to the Beach Shade Cordless. As I explained in my previous declaration, customers view Beach Shade as Shibumi's "leading" or "main" competitor. More recent examples demonstrating this fact that I collected from Amazon comments are shown below with dates indicated.





**Beth Peterson**

★★★★★ Great shade tent

Reviewed in the United States us on July 23, 2023

Verified Purchase

I vacation at a beach that only allows umbrellas or a flowing shade structure. Beach Shade is a cheaper and BETTER alternative to its ==competitor Shibumi==. I'm sitting on the beach next to several Shibumi tents that have to be tethered into the sand in the front. Beach Shade you do not it! It anchors on each end to keep it secure all day! It took my husband 5 minutes to set up solo. The founder Matt sent a personalized letter letting us know if we have any issues to let him know. We have not! But I appreciate the customer service.




**Belle**

★★★★★ Made in the "BeachShade"

Reviewed in the United States us on July 17, 2023

Verified Purchase

Being one of your first customers, we just wanted to let you know how happy we are with our new Beach Shade- we love it! Was super easy to set up and lightweight to carry with us! For days we sat on the beach, under shade and watched others struggle with the ==competition's canopy==. Having to ==fill it with sand "weight"== and so on. So thankful we chose you guys!!!


**Morgan**

★★★★★ The best for the beach!

Reviewed in the United States us on July 13, 2023

Verified Purchase

We love the beach and have been looking to upgrade our umbrellas to something better and sturdier after breaking one of the umbrellas earlier this season. We found it here! After much research and talking to owners of ==the competition==, we decided on The Original Shade Cordless. It is everything they said it was! Compact , easy to set-up, and big enough for 6+. Love that it is anchored to the sand with included sand stakes and not a ==cord and bag filled with sand==. After our initial set-up, we are able to set+up or collapse in less than 3 min. and it withstood gusts of wind that sent other tents and umbrellas flying. Thank you for a wonderful product.




**dan**

★★★★★ Beach sun shade

Reviewed in the United States us on July 27, 2023

Verified Purchase

This item was Awesome, im over 30 years being a beach goer.
Ive tried so many diff items. By far this was the best!!!! Your umbrella folding or lifting from wind?? NOT THIS ITEM wind can blow it is stable!! Gotta ==dig sand bags to weight poles down== , NOT THIS just screw two plastic anchors in the sand that have nice twist handles.
Get help lugging a tent NOT THIS light weight stores in little sack you put over your shoulder.
A guy next to me had the ==competition brand== and i watched him put it up both offered shade both were immune to gusts, both worked. My opinion i liked not having to ==need a scoop and fill sand bag==. I also liked the better price. Only neg thing,
I did not get instructions which i felt always need to be included. However very simple pole breaks down rope between sections that snap together easy magnetically, the two plastic stakes go in sand to hold poles
Only other item is the shade that snakes easily 1 way around the 1 pole
It pops rt up light wind floats the shade.
This item was just tested on Ocean isle Beach NC. Worked Awesome!!
I wish i had it earlier at windy beaches like OBX NC, decades there at multable beaches destroyed many umbrellas and accordion pop up shelters. This item is the answer!! Nothing will work better, not chairs with covers, not tents, not umbrellas, light easy effective !!! Love it!!
Sincerely
Dan

13. The Amazon comments, customer service emails, social media posts and other sources shown above are just a sample of the type of statements I've described. Others are provided in the attached Exhibits A-2, A-3, A-4 and A-5, respectively.

14. As predicted in paragraph 40 of my original declaration, new copycats have continued to be emboldened to undertake their infringing activities because of Beach Shade's actions. For example, on July 28, 2023, I spoke to the owners of EasyGo Products via telephone regarding infringement of Shibumi's intellectual property by its Flowshade Beach Shelter Tent product. An image of that product is as follows:



The owners of EasyGo confirmed receipt of a cease and desist letter from Shibumi, but stated it felt that since Beach Shade Cordless has been on the market for a while, EasyGo could keep its product on the market as well. As a result of further conversations, EasyGo ultimately removed its product from the market to avoid infringing Shibumi's issued patent claims.

15. Similarly on August 14, 2023, I corresponded with Jason Ortega, a representative of the seller of the below competing shade:



In our initial call, he told me that he believed he could continue selling his product on Amazon because of similar products being sold on Amazon. Following the call he sent me an email on August 14, 2023 identifying the Beach Shade Cordless as the product he had referred to. *See* Ex. A-6.

16. Finally, on August 23, 2023, I corresponded with Dave Kinder, who listed the below counterfeit shade for sale on Facebook Marketplace.



I asked for a call to discuss our intellectual property rights and in response he asked if we were attempting to cease and desist the Beach Shade Cordless as well. I informed him of the ongoing litigation with Beach Shade. *See* Ex. A-7. As a result of further conversations, Dave Kinder ultimately removed his product from the market to avoid infringing Shibumi's issued patent claims.

**B.   Shibumi's Patented Design**

17.   The specific configuration that forms the design claimed in the Shibumi Design Patents was chosen for aesthetic reasons in accordance with a Japanese design philosophy named "Shibumi," which emphasizes subtle and effortless beauty. As described in a WECT article from January 2023, this concept is reflected in the name we chose for our company. A copy of that article is attached as Exhibit A-8.

18.   With this philosophy in mind, the other inventors and I:

a.   chose a rectangular shape for the canopy and Shibumi's corporate logo because we believed that this shape created the most attractive visual appearance. However, various other shapes would be equally effective in achieving the purpose of the claimed design.

b.   chose two horizontal stripes for the canopy to evoke the two-toned shading of the ocean where shallow water transitions to deeper water.



However, a nearly infinite number of other canopy appearances—in terms of the number, size, and positioning of the canopy's stripes as well as whether the canopy bears any stripes or other patterns at all—would be equally effective in achieving the purpose of the claimed design.

c. chose a curved frame because it is pleasing to the eye and to give the impression that those under the canopy are in a safe, cozy cave. Various other frame systems would be equally effective in achieving the purpose of the claimed design.

19. As shown below, we advertise the Shibumi Shade's "Distinctive Design" on our website at www.shibumishade.com. A copy is attached at Exhibit A-9.



20. The shape of the frame, the shape of the canopy, and the location of the seams could all be changed without significantly impacting the function of the beach shade, including its ability to provide shade and the ease of set up and take down.

21. Other products that have come on to the market in the past year have modified the canopy from its generally rectangular shape without impacting their function of providing shade to the surface as shown below:


SunSail Shade Gen. 5


Cool Cabanas Sail Shade

The Cool Cabanas Sail Shade has been removed from the market due to a cease and desist letter asserting infringement of Shibumi's utility patents. Discussions with SunSail are ongoing. Shibumi has not asserted that either of these designs infringe the Shibumi Design Patents.

22. The Floshades Canopy identified by Beach Shade (Dkt. 35-1 at 3) is another product that is available that does not practice the design claimed in the Shibumi Design Patents.


Floshades Canopy

C. **Response to Beach Shade's Factual Mischaracterizations**

23. Beach Shade alleges (via Mr. Finneran) that the "market is currently full of companies selling similar beach shade products." Dkt. 37 ¶7. However, Beach Shade's own advertising specifically alludes to Shibumi as its main competitor in the market. Specifically, it highlights that the Beach Shade Cordless costs 30% less than the "Leading Competitors: $290"

in its advertising. Examples of this that I collected from Beach Shade's Facebook and Instagram pages are demonstrated below.

 

Beach Shade Facebook Ad
dated July 21, 2023

Beach Shade Instagram Ad
dated July 23, 2023

24. Beach Shade recently updated its website to state "Current Competitor Price: $270," as shown below.



*See* Ex. A-10, *available at* www.beachshade.com (last accessed Oct. 11, 2023). The Shibumi Shade is currently priced at $270. Beach Shade's "Current Competitor Price" advertisements changed from $290 to $270 around the time Shibumi lowered its Amazon price from $290 to $270 and there are no other competitors priced at $290 or $270 that I am aware of. To my knowledge, Beach Shade's website and advertising has never referenced another competitor and the Shibumi Shade is the product referred to as the "leading competitor" that was formerly priced at $290.

25. Shibumi has enforced and continues to enforce its rights against infringers. We have taken down approximately 500 infringers this year alone.

26. As discussed previously, Shibumi lowered the price of the Shibumi Shade on Amazon because of price pressure from Beach Shade. Dkt. 19 ¶ 31. Prior to the introduction of Beach Shade Cordless, the Shibumi Shade was priced higher on Amazon to encourage direct purchases through our website and to account for margins in selling on Amazon. Beach Shade's interpretation of any difference between the pricing of the Shibumi Shade on Shibumi's website versus Amazon is pure speculation and wrong.

27. Shibumi believes SunSail Shades' sales volume, if any, to be much smaller than sales of the Beach Shade Cordless.

28. Shibumi is aware of the "Made in the USA" FTC standard and is very careful to adhere to that standard. I previously laid out the manufacturing details in my prior declaration. Dkt. 19 ¶¶2-4. Shibumi purchases the materials for the Shibumi Shade from a textiles company out of Durham, NC, who sources the fabric from China, and the tent poles directly from a manufacturer in South Korea. At present, the Shibumi Shade is sewn entirely in the United States at three independent external sewing facilities in North Carolina and Virginia. We also

operate our Shibumi warehouse in Raleigh, North Carolina, where the Shibumi Shade is assembled and shipped.

29. Beach Shade attempts to respond to my earlier statements regarding the difference in quality between the Shibumi Shade and the Beach Shade Cordless. I reiterate my belief that Shibumi offers a superior product in a number of ways. For example, Beach Shade states that its fabric is UPF 30, while the Shibumi Shade rates at over three times the UPF 50+ we are permitted to claim for advertising purposes. In addition, earlier this year Shibumi purchased a Beach Shade Cordless for the purpose of taking the photos used in filing Shibumi's Amended Complaint in this action. The fabric tore the first time I set it up at the beach. I also asked our fabric supplier to inspect the Beach Shade Cordless canopy and it confirmed it is made from lower quality material. In addition, high quality aluminum tent pole manufacturers like the one Shibumi uses have precise engineering tolerances such that the silver ferrule (the silver insert at the end of the black pole sections) cannot be removed once inserted due to the tightness of the fit. In contrast, lower quality manufacturers have less precise engineering tolerances and use a machine to bite the black rod and silver ferrule to keep the silver ferrule in place. If you visually inspect the Beach Shade Cordless poles, they have two dimples on each side of the black rod near the silver ferrule from those teeth, which create weaknesses in the black rods that are more prone to cracking / failing.

30. I do not understand Beach Shade's allegation (via Mr. Finneran) that "there is a substantial likelihood that Beach Shades materials are made in the same factories as the Shibumi materials." Dkt. 37 ¶ 30. I know for a fact that the tent poles used by Beach Shade are not from the same manufacturing facility that Shibumi uses because Beach Shade's poles are manufactured in a way that is not done by the manufacturing facility that Shibumi sources from,

19

Case 5:23-cv-00297-FL    Document 47    Filed 10/13/23    Page 19 of 20

as discussed above. I also checked with my fabric supplier out of Durham, North Carolina. It confirmed that it does not work with Beach Shade and none of its fabric mills supply fabric to Beach Shade.

I hereby declare that all statements of my knowledge made in this declaration are true and that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: October 13, 2023

_____
Dane Barnes
Co-Founder, Shibumi Shade, Inc.