THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHIBUMI SHADE, INC.

    Plaintiff,

  v.

BEACH SHADE LLC, and
MATTHEW FINNERAN

    Defendants.

Civil Action No: 5:23-cv-0297-FL

INDEX OF EXHIBITS TO
SUPPLEMENTAL DECLARATION OF DANE BARNES
IN SUPPORT OF SHIBUMI SHADE, INC.'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>

| Exhibit | Description |
|---|---|
| A-1 | Amazon Search Terms |
| A-2 | Beach Shade Cordless Amazon Reviews |
| A-3 | Social Media Posts |
| A-4 | Beach Shade Cordless Website Reviews |
| A-5 | Other Sources |
| A-6 | Email from J. Ortega to D. Barnes, dated August 14, 2023 |
| A-7 | Facebook Marketplace Listing |
| A-8 | WECT article, dated January 2023 |
| A-9 | Shibumi Shade Website, www.shibumishade.com |
| A-10 | Beach Shade Website, www.beachshade.com |