# EXHIBIT A-1

August-23

| Month | Search Term | Top Clicked Product #1: Product Title | Top Clicked Product #1: Click Share | Top Clicked Product #1: Conversion Share | Top Clicked Product #2: Product Title | Top Clicked Product #2: Click Share | Top Clicked Product #2: Conversion Share | Top Clicked Product #3: Product Title | Top Clicked Product #3: Click Share | Top Clicked Product #3: Conversion Share |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul-23 | shibumi shade alternative | Original Beach Shade Cordless - Windproof Beach Umbrella Sun Shelter - Portable Beach Shade Canopy Tent with Easy Setup - Lightweight Sun Shade for Beach, Wind Sail Protection, and Outdoor Activities | 18.29 | 14.81 | Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Designed & Sewn in America | 13.19 | 29.63 | Upgraded - Patented Design Beach Tent 10.5' x 11.5' Fits 4-6 Adults, Sun Shelter Rainbow Suncover, Outdoor Shade for Camping, Backyard, Picnics - Sand, Grass All Suitable… | 10.96 | 3.7 |
| Aug-23 | shibumi shade alternative | Original Beach Shade Cordless - Windproof Beach Umbrella Sun Shelter - Portable Beach Shade Canopy Tent with Easy Setup - Lightweight Sun Shade for Beach, Wind Sail Protection, and Outdoor Activities | 20.6 | 28.57 | Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Designed & Sewn in America | 11.2 | 0 | Upgraded - Patented Design Beach Tent 10.5' x 11.5' Fits 4-6 Adults, Sun Shelter Rainbow Suncover, Outdoor Shade for Camping, Backyard, Picnics - Sand, Grass All Suitable | 8.4 | 14.29 |