# EXHIBIT A-2

# BEACH SHADE CORDLESS AMAZON REVIEWS


**B**

⭐⭐⭐⭐⭐ **Game changer**
Reviewed in the United States us on July 30, 2023

I would buy this again and again and recommend it to anyone! Yes it does have issues when the wind isn't steady blowing! It's the beach that rarely happens for more than a few hours and most importantly it's so light and easy to setup! We got a small tear in our bag and they replaced it!! Awesome customer service!! Plus they support our Military!! Which is A+ in my book! We had so many people stop to ask us about our shade vs the one who shall not be named..


**Junior Robledo**

⭐⭐⭐⭐⭐ **Super buy!!!**
Reviewed in the United States us on July 25, 2023
Verified Purchase



Bought this in place of the name brand and are super satisfied with this purchase. Easy setup and great shade!


**donnie**

⭐⭐⭐⭐⭐ **Best one on the beach**
Reviewed in the United States us on July 22, 2023
Verified Purchase

This sunshade is amazing. Quick and easy to set up. Plenty of room for my entire family. This sunshade has anchors that you easily screw into the sand which keeps it very sturdy in high winds. No need for a string in the way down the middle.


**Keith Martin**

⭐⭐⭐⭐⭐ **NO guy wire**
Reviewed in the United States us on July 21, 2023
Verified Purchase

This thing is not as good as a Shibumi...... IT'S BETTER!!!!.No guy wire to trip over.Took it to the outer banks of NC last week.Shibumis everywhere... We quickly assembled our shade and in less than 5 minutes had it up. I do wish the canopy was a couple feet longer.. but still got 4 to 5 adults under it comfortably. Nothing but praise for this 5++ stars.


**Vickie**

⭐⭐⭐⭐⭐ **Perfect beach shade - even in strong winds**
Reviewed in the United States us on July 17, 2023

We have two large tents that are supported by sandbags and poles - we thought those were easy to put up and they held up well in the wind. But we are LOVING this Beach Shade - it was up in under 2 minutes and gave a large shade area through the windy day. The fabric shade does make a noise as it flaps in the breeze however it is much less annoying than the newer model Shibumi shades that sound like plastic sheeting as it flaps in the wind. And taking it down was just as easy and quick as putting it up. We are so pleased with it that we're replacing our other tent shades with another Beach Shade!

 Gary Lee Albrecht

★★★★★ **Works good in very windy weather**

Reviewed in the United States us on July 17, 2023

Verified Purchase

It was easy to set up. I did it myself in very windy weather. I was afraid that it would be difficult to take down in the wind but it wasn't. My son helped me and he was surprised on how easy it was to take down in the wind. I use it on the beach in North Carolina. The beach is full of the other tens the, two-tone blue. I wanted something different so the kids would be able to pick us out from the others.

 Belle

★★★★★ **Made in the "BeachShade"**

Reviewed in the United States us on July 17, 2023

Verified Purchase

Being one of your first customers, we just wanted to let you know how happy we are with our new Beach Shade- we love it! Was super easy to set up and lightweight to carry with us! For days we sat on the beach, under shade and watched others struggle with the competition's canopy. Having to fill it with sand "weight" and so on. So thankful we chose you guys!!!

 Morgan

★★★★★ **The best for the beach!**

Reviewed in the United States us on July 13, 2023

Verified Purchase

We love the beach and have been looking to upgrade our umbrellas to something better and sturdier after breaking one of the umbrellas earlier this season. We found it here! After much research and talking to owners of the competition, we decided on The Original Shade Cordless. It is everything they said it was! Compact , easy to set-up, and big enough for 6+. Love that it is anchored to the sand with included sand stakes and not a cord and bag filled with sand. After our initial set-up, we are able to set+up or collapse in less than 3 min. and it withstood gusts of wind that sent other tents and umbrellas flying. Thank you for a wonderful product.



 Amazon Customer

★★★★★ **The best beach investment!**

Reviewed in the United States us on July 12, 2023

Verified Purchase

This is what you need for the beach hand down. Have this and the shibumi on the beach but prefer this. No sack to fill with sand that the kids have to look out for- ended up not even needing the shibumi. The carrying bag is well thought out with a place for everything. My husband, an engineer, is in love with it and the design. The end you fold over does become worn but no tears or breakage. We used this two straight weeks with over five hours each day on the beach no issues in pretty windy conditions. Throw away those heavy bulky beach tents and umbrellas! We fit 4 adult chairs, toddler chair and a tween trifold beach chair along with our wagon under the shade.

 dan

⭐⭐⭐⭐⭐ Beach sun shade

Reviewed in the United States us on July 27, 2023

**Verified Purchase**

This item was Awesome, im over 30 years being a beach goer.
Ive tried so many diff items. By far this was the best!!!! Your umbrella folding or lifting from wind?? NOT THIS ITEM wind can blow it is stable!!
Gotta dig sand bags to weight poles down , NOT THIS just screw two plastic anchors in the sand that have nice twist handles.
Get help lugging a tent NOT THIS light weight stores in little sack you put over your shoulder.
A guy next to me had the competition brand and i watched him put it up both offered shade both were immune to gusts, both worked. My opinion i liked not having to need a scoop and fill sand bag. I also liked the better price. Only neg thing,
I did not get instructions which i felt always need to be included. However very simple pole breaks down rope between sections that snap together easy magnetically, the two plastic stakes go in sand to hold poles
Only other item is the shade that snakes easily 1 way around the 1 pole
It pops rt up light wind floats the shade.
This item was just tested on Ocean isle Beach NC. Worked Awesome!!
I wish i had it earlier at windy beaches like OBX NC, decades there at multable beaches destroyed many umbrellas and accordion pop up shelters. This item is the answer!! Nothing will work better, not chairs with covers, not tents, not umbrellas, light easy effective !!! Love it!!
Sincerely
Dan

 Amazon Customer

⭐⭐⭐⭐⭐ Could not be happier!!!!!!

Reviewed in the United States us on July 27, 2023

**Verified Purchase**

We put this to the test over 2 weeks at the Gulf of Mexico. Provides great shade with easy set up. Much cheaper than the teal and blue one that everyone is buying. Save money by this and it easier to set up. Will probs by another!!!!
Thanks Matt keep up the great work!



 Morris Quaintance

⭐⭐⭐⭐⭐ Best beach shade on the market

Reviewed in the United States us on July 26, 2023

**Verified Purchase**

This is the one! No trip hazard with this one! Very sturdy due to the anchors provided. We were the envy of everyone on the beach. No one else on the beach had one like this. Other shades obscure your vision, but not this one. Takes five minutes to set up and you're good to go and comes in its own bag with a handle strap to throw over your shoulder. Other ones on the market similar to it, have a rope to anchor the center of it, which causes a major trip hazard but this one is safe and free from unnecessary tripping. The company even included a personalized letter, thanking us for being one of their first customers which, in my opinion is excellent customer service And they genuinely want to know how they can improve but honestly I don't see any way that you can improve this product. I highly suggest this and I don't write reviews but this one deserved it this shade was even less expensive than other ones on the market you can't go wrong , thank you Matt keep up the good work

 Joseph M Barefoot

★★★★★ **Buy this shade now!!!!!!**

Reviewed in the United States us on July 25, 2023

**Verified Purchase**

Currently on the beach under our Beach Shade in a sea of the other shade. But I have no sandbag or chord for my kids to trip over and plenty of shade. Seriously, this is as advertised and for considerably less money than the closet competitor. Give this company your business, you will not be disappointed.

And just to let you know, the customer service is fantastic. I ordered this shade and it was going to arrive after we left for vacation. Matt (one of the owners) hand delivered my shade (roughly an hour away) to ensure we had it for vacation. That sold me before we even used it!

Thanks Matt and thanks Beach Shade!



 Amazon Customer

★★★★★ **Love it!**

Reviewed in the United States us on July 24, 2023

I've been using a pathetic excuse for a shade for years and finally splurged on a Beach Shade and it DID NOT disappoint! I rented a Shibumi on Saturday for an event (while I waited for my Beach Shade) and used the Beach Shade on Sunday. I prefer the Beach Shade hands down.

The string on the Shibumi is a tripping hazard and breaks up the view, which the Beach Shade doesn't require. It's also much easier to set up with one person in comparison to the Shibumi and other shades I've used. There are a few areas that could be improved upon, but for a much lower price and easier assembly versus the Shibumi, it's great!



 Beth Peterson

★★★★★ **Great shade tent**

Reviewed in the United States us on July 23, 2023

**Verified Purchase**

I vacation at a beach that only allows umbrellas or a flowing shade structure. Beach Shade is a cheaper and BETTER alternative to its competitor Shibumi. I'm sitting on the beach next to several Shibumi tents that have to be tethered into the sand in the front. Beach Shade you do not it! It anchors on each end to keep it secure all day! It took my husband 5 minutes to set up solo. The founder Matt sent a personalized letter letting us know if we have any issues to let him know. We have not! But I appreciate the customer service.



 allyson sweeney

★★★★★ **Excellent!**

Reviewed in the United States us on July 23, 2023

My husband purchased this one. We had compared with the leading competitor but decided to take our chances on this one for the price! So glad we did ! Saved $ and the setup was super easy ! A lot of reviews I read on the competition said they were very noisy which I figured was obvious being these are powered by the wind but I am pleasantly surprised that this one is not noisy !



 Jacob D. Bashore

★★★★★ **Works Great**

Reviewed in the United States us on July 21, 2023

**Verified Purchase**

This shade is just as good as its main competitor, but about $50 cheaper and without the trip chord off the front. It also looks different than all the two-toned shades you'll see, which makes it easier to spot. If there is no wind, this shade will be frustrating, but so will every other similar shade. If you want to go with this type of shade, I'd choose this one.

 Jeremy

★★★★☆ **Works well**

Reviewed in the United States us on July 20, 2023

**Verified Purchase**

We bought a beach shade for a family trip and loved it. My sister and her family bought a competitor brand. Ours was easier to set up and had no line and sandbag in front like theirs. And ours was $100 less. Highly recommend!

 Amazon Customer

★★★★★ **Works great**

Reviewed in the United States us on July 20, 2023

**Verified Purchase**

We gave this a shot over the more expensive Shimbumi and it performs just as good. We like it better bc it doesn't have the string and sandbag in front like the Shimbumi.



 Robert Morse

★★★★★ **Much Needed Shade**

Reviewed in the United States us on July 19, 2023

**Verified Purchase**

Great product. Received it quickly and found it very easy to setup. Provides great shade at the beach for a better price than a like competitor.

 GiGi K

★★★★★ **Unbelievable customer service**

Reviewed in the United States us on July 19, 2023

**Verified Purchase**

Great shade for half the price. One person setup and fits right in a small bag. We were able to move one side as the wind shifted and did not require two people at any time. Was very quick to breakdown when storms snuck up on us. I do think I have finally purchased my last shade solution.

 DNCoop

★★★★★ Great Shade and Better Company

Reviewed in the United States us on July 18, 2023

Verified Purchase

The fabric of the sale is amazing, set up was simple and quick. Provides plenty of shade for 4 or more people. Like anything that's manufactured, there are duds. In my case it was a pole connector. I contacted Will and Matt and they immediately sent the replacement parts. I received in 2 days. For any one wanted to shave money, go with the beach shade. It's bigger than the mini, same price and no sandbag.

 Go Braves

★★★★★ Very impressive beach shade - and I researched them all

Reviewed in the United States us on July 17, 2023

Verified Purchase

I have spent the last few months researching the beach "wind powered" shades and decided on the Beach Shade. In the past we have used a beach umbrella or the tents that you put together with various sandbags. I was hesitant to purchase this product as it just looked too easy to use and had seriously considered the Shibumi since it had been around longer and was heavily advertised. Much to my surprise the beach shade was easy to assembly (by myself) and appeared to handle the strong winds that day better than the Shibumi. Also I enjoyed having something "different" than the multiple Shibumis that seemed to be everywhere. Ours definitely stuck out, looked sturdier, and I could tell many of the other brand owners were envious that we didn't have the string and sand bag in the front of the product. Will be purchasing another one to double up the shade. Excellent product.

 SJ

★★★★★ Amazing purchase!

Reviewed in the United States us on July 13, 2023

Verified Purchase

I decided to purchase the beach shade cordless after researching other beach shades. Because of the price and reviews I read I decided to try it on our week long vacation in OBX. If you have ever been you know how wrong the winds are there. The beach was absolutely cover with the shibumi brand shades as far as you could see both ways. With the help of one other we got the shade up in about 5 min or less. I did watch another group put up the other brand and it looked easy enough but I questioned it because it just had a pole that you put in the ground on each end without any anchors. The beach shade has two small, very easy to insert in the sand anchors that while holding the shade, I was able to place with one hand, very simple. Completely cordless, so no anchor was needed like the other brand shade. The group beside us had to fill up a large bag full of sand to anchor the front of it down from flying out of the sand, I got nervous thinking that maybe I would need an anchor because the wind was so strong. WRONG. The beach shade held up, in the strongest of winds with no cord anchor, sandbag needed and there was enough space for four of us, our chairs, coolers beach bags with room to spare. There were people coming up, asking me about the brand and taking pictures of the name. I took a side-by-side photo for comparison of the beach shade (dark blue) it actually provided more shade than the more expensive one and easier to put up without having to get on your knees and fill a sandbag. With being almost $100 cheaper this beach shade is amazing. Was easy to put up in no time and comes in a very small lightweight easy to carry bag that you can throw over your shoulder or put in your large beach bag. I will never use a beach umbrella ever again. Customer for life!



 Gina Finley

★★★★★ Fantastic Beach Shade

Reviewed in the United States us on July 8, 2023

Verified Purchase

I kept looking at the Shibumi but could not pull the trigger on the purchase due to price. This is a great alternative, lower cost product, and in my opinion a better one too… no messy sandbag, and sturdier due to stakes and cloth covering over entire poles. I'm extremely happy I waited and found this beach shade.



 Bree

★★★★★ Works Great and AMAZING Customer Service

Reviewed in the United States US on July 8, 2023

**Verified Purchase**

We purchased this product for a recent beach trip, mainly because I liked the navy color better than the competitor and I like to root for the little guy anyway. I also liked the price point a lot better. I thought I would take a chance and I'm glad I did!

The product is SO easy to set up and take down - it literally takes minutes. It provides ample amount of shade for our family with 7 kids. It's also tall enough to stand underneath.

With that being said, on day 2, my husband put the stick in the anchor without the fabric wrapped beneath the end of the pole and it got stuck for the remainder of our trip. There was a note on the receipt to contact them with any issues, so I messaged them. They were so quick to respond! They rectified our issue almost immediately and were very kind about it. These guys are committed to excellent customer service and I could not be more impressed.

I highly recommend this company and their product.

One person found this helpful

 william hass

★★★★★ Fantastic product!

Reviewed in the United States US on July 7, 2023

**Verified Purchase**

This is an excellent and reasonably priced beach shade compared to competitors. It works exactly as described, with plenty of shade for 4-5 people. GREAT customer service!!

 Brian Smith

★★★★★ Performed as good as the "other brand" at a much better price.

Reviewed in the United States US on July 7, 2023

**Verified Purchase**

We purchase one strictly because of the price point compared to the "other" large brand on the market and could not be happier with our purchase. This shade performed extremely well for 8hrs/day, 6 days on the Carolina beaches. Winds got as high as 25mph and this shade worked flawless.
The setup is super easy and i did it by myself in just a min or two and breakdown was just as easy. After a full week on the beach in the winds i could not be happier with the purchase.
Highly recommended purchasing one of these.

 Stephanie B.

★★★★★ Light, easy, huge shade

Reviewed in the United States US on July 5, 2023

**Verified Purchase**

This was much easier than the corded- sand bag beach shade design, much lighter than the bulkier canopies that provide large shade, and provided much more shade than an umbrella. Seems like it requires wind and I used it at the beach so that was not a problem. I want to order this a gift for several people. Great price compared to other brand.

 Better beach canopy than Shibumi by every measure: value, design and setup.

★★★★★ **Better than a Shibumi canopy.**

Reviewed in the United States us on July 1, 2023

Verified Purchase

Simple setup. NO TIE DOWN STRAP OR SAND BAG ANCHOR NEEDED. Great design and value.



Nadia

 Great Summer Time Purchase!

Reviewed in the United States us on July 4, 2023

Verified Purchase

We purchased this item for our summer family beach trip and it was the best decision. The product is lightweight and easy to carry to the beach or add to a wagon. It took less than five minutes to set up and easily adjust as the wind changed. We had a person approach to ask if it was noisy and our response is that it was not, at all. There was also a family set up next to us with a shibumi and they noticed that ours offered more shade, less noise, and it did not need a third (front) anchor. The price point is great for this product, and we will be purchasing a second one for a larger family gathering next summer.

Robbin Blow

 It WORKS

Reviewed in the United States us on July 3, 2023

Verified Purchase



In a NC beach full of Shibumis be a Beach Shade buyer. Start a revolution. Save your money. It was easy to set up. We followed the video and had it up in no time. I would highly recommend.

Ricky C.

 Perfect for beach

Reviewed in the United States us on July 4, 2023

Verified Purchase

So effective and SIMPLE to put up and take down! This one was $100 cheaper than the name brand. Very satisfied!

 C. Brown

★★★★★ This luscious shade is a must have.
Reviewed in the United States us on July 4, 2023
Verified Purchase

This shade made my group of 9 the happiest bunch on the beach. Took 2 minutes to set up, easy to move if wind direction changed, very light and small to carry....(those hauls to the beach can be hot and long sometimes) I have absolutely no complaints. Price is still close to $100 cheaper than competitor. The wind can really beat the fabric but after 4 days still no signs of tears!!! Five stars.



 Biff

★★★★★ Great product at a good price
Reviewed in the United States us on August 1, 2023
Verified Purchase

Lightweight and easy to set up - works as advertised. And, it's much less expensive than the Shibumi. I'm so satisfied with this purchase that I bought a second beachshade for my daughter.

 Tessa Richard

★★★★★ GREAT PRODUCT!!!
Reviewed in the United States us on August 1, 2023
Verified Purchase

This shade worked beautifully on the beach. Amazingly easy to set up and more importantly to transport. Would definitely purchase this product again and suggest to all our family and friends. Price point on this one is better than the other shade also!!

 Christy L. Winton

★★☆☆☆ Broke the first day
Reviewed in the United States us on July 5, 2023
Verified Purchase

I was really excited to try this shade cover. It was easy to set up and the directions were simple. It worked for about 4 hours and then one of the pieces broke. Very disappointed due to the high price. I figured it would last for a while.