# EXHIBIT A-3

# SOCIAL MEDIA



Beach Shade's Facebook Ads dated July 21, 2023


Beach Shade Facebook Ad
dated July 22, 2023


Beach Shade Instagram Ad
dated July 23, 2023


Beach Shade's Facebook Ad
dated July 24, 2023


Comment on Beach Shade's Facebook Ad dated July 28, 2023


Comment on Beach Shade's Facebook Ad dated July 28, 2023


Beach Shade Facebook Page dated July 28, 2023


Beach Shade Facebook Page dated July 28, 2023


Beach Shade Facebook Page dated July 28, 2023



Facebook Post dated July 22, 2023



Instagram Ad dated
July 21, 2023



Instagram Ad dated
July 22, 2023



Facebook Post dated July 11, 2023



Facebook Post dated July 8, 2023



Facebook Post dated July 5, 2023



Facebook Post dated July 21, 2023



Facebook Marketplace Post dated July 7, 2023



Facebook Post dated July 21, 2023







Facebook Messenger dated July 24, 2023



Facebook Messenger dated August 27, 2023


Facebook Messenger dated July 24, 2023


Facebook Messenger dated July 22, 2023


Facebook Messenger dated July 19, 2023


Facebook Messenger dated July 19, 2023



Facebook Messenger dated July 23, 2023