# EXHIBIT A-4

# BEACH SHADE CORDLESS WEBSITE REVIEWS

★★★★★    07/27/2023
KT  Verified

**Great product**

We have used your competitor for years and decided to give yours a try… while similar, we have come to the conclusion that Beach Shade is our favorite of the two. We love that it doesn't fall down on you when there's no wind and that it really can be put up with only only one person. And I loved the hand written note from one of the owners - what nice touch!

★★★★★    07/27/2023
C.

**shibumi**

looks a lot like shibumi to me. I love my shibumi and wouldn't trade it for anything!!!

★★★★★    07/23/2023
Terry Williams  Verified

**Phenomenon product!!**

Took beach shade to the beach today and winds picked up to over 30+ mph with some afternoon thunderstorms and the product performed perfectly! Provided tons of shade and was able to put up in less than 3 minutes!!! When we left it was so easy to take down and put away. Much better product than the competitors brand. Ours performed better on the beach and didn't require that silly string and sandbag in the front! We were the envy on the beach by those umbrella and pop up canopy folks. Don't hesitate another moment… worth every penny and more



★★★★★    07/23/2023
Paul Kane  Verified

**Love our new Beach Shade Cordless!**

Everyone should have one. On a beach wall to wall with Shibumu's, we stand out and are easy to find! A piece of cake to set up in less than 2 minutes by myself. Support this great company!

  

★★★★★    07/20/2023
Chris A.  Verified

**The best shade on the beach!**

This was the best purchase of the summer! We were staying at a friend's beach house when the beach umbrella just gave out. We were 2days in and needed to replace the umbrella that broke on "our watch." I did some research and saw that a lot of people were using these shades that are held up by the wind. Seemingly simple in design. I got up close to one I saw frequently on the beach, but heard a common complaint, "the cord gets in the way sometimes" or "sometimes you forget there's a cord and you trip on it." So, I took a chance on the BeachShade knowing it was not the same one I saw BUT it is cordless. Best decision ever! It doesn't take long to set up. The sand spikes can be easily moved to pivot the shade, if the wind changes direction. Best of all, you have the entire opening without obstruction (no strings attached). This will be the gift we give to friends and family (birthdays, anniversaries, weddings, bar mitzvahs, bat mitzvahs, valentines day, whatever). One more thing! When I ordered it, I messed up the shipping and needed to quickly correct it or the shade would not make it to the beach while we were there. I left a message via the site and heard back within the hour. I got to talk to Matt. He got us all fixed up and the shade arrived a couple of days later! I will definitely support this company again. You might see a different shade out there but they all want this one, trust me.

 

★★★★★ 07/12/2023
**Leigh Ann Woodside** [Verified]

**AMAZING!**
So easy to put up! Prefer over the other brand!

★★★★☆ 07/28/2023
**Rebecca Shaak** [Verified]

**Meant to buy a shibumi but pleasantly surprised**
I couldn't locate our shibumi about 2 weeks before our beach trip. I accidentally purchased this and didn't realize until it came. So I ordered a shibumi and we took both to the beach because we did have 8 adults coming. So in comparison for about $70 less, it did work. And is very similar to a shibumi without the bag being attached with a cord to anchor it. Instead you use two small corkscrew type devices and anchor the ends. Putting the shade on is a pretty easy. It worked well for most of the week but obviously you need some wind. On the last day we had a lot of wind. It did go down on us once that day while the shibumi did not. Overall worth the money.

★★★★★ 07/27/2023
**Sue** [Verified]

**Perfection!!!!**
I was a little nervous about ordering this one but really didn't want to spend $300…. I'm so glad we tried it! It's super fast & easy to put up & take down. The wind picked up & shifted directions our first day out with it— it literally took less than a minute to get up from my beach chair, take out one anchor, move it & put it back in so the shade was facing into the wind again & sit back in my beach chair... It held perfectly even on a really windy day!! Love the anchors vs sandbags & strings— so quick & easy! It seems really well made (I was surprised how well made the carrying bag is & love the 2 sections to keep shade & poles separate. It doesn't seem to matter a bit that I just kind of roll & bunch it up & stuff it in the bag—it's just as easy to thread on to the pole as it was the first time when it was nicely folded.
We love it & can't stop talking about how great it is! Would recommend 100%!!!

★★★★★ 07/27/2023
**Allegrucci** [Verified]

**Beach Shade**
We love it. It's easy to set up plus you dont need a sandbag to stabilize it. Our first time the wind was blowing about 14-18 mph and the Beach Shade held up great and never buckled. The friends we went with had a Shibumi and we put it in front of theirs and they had to keep adjusting the sandbag. I would highly recommend the Beach Shade and it is a great value compared to the Shibumi.



★★★★★ 07/20/2023
**Matt Lewis** [Verified]

**Better than Shibumi**
I was the guy in Hilton head that had one of the first Shibumi's before they were $260 and I thought I was paying too much. I liked it and used it and then I saw the Beachshade. "What, no digging to fill a bag- no brushing moist beach sand off the inside of the bag before I put it away? I am in!!" For under $200, I bought 2 because I am going to the beach forever and we all know that price can't hold for long, Thanks, guys you improved on a good design.

★★★★★ 07/18/2023
**Denise Cooper** [Verified]

**Love This Shade**
After hearing seeing similar shades everywhere, we wanted to get one, but didn't like the color or the price of the similar shades. When I found the Beach Shade, I loved the color, concept and that it didn't require a sandbag. Set up was easy. We had a wind sudden wind shift where on rod the connectors broke, but Will was quick to reply and our replacement parts arrived in 2 days. Look forward to my next island day.




07/07/2023



KC  Verified

**Be UNCOMMON at OIB!**

This beach shade is perfect! After borrowing a friend's alternative option, I was on the hunt but had sticker shock at their price! Someone in a Facebook Group asked about THIS Beach Shade and I checked into it. It was less expensive than its competitor, easier to setup, feels more secure with the two screw-in anchors, and there was no cord to trip over! Plus the storage bag wasn't full of sand at the end of the day when heading off the beach. And to top it off, with a beach full of the blue & teal alternatives, it's easy to find my family on the beach with this navy, cordless option!! We have zero regrets on this purchase!





Ryan O  Verified

**Great product at a good price**

We've seen these types of shades on the beach for a couple years now, but have always held off on buying because of the price.

Beach shade was the same concept (minus the cords which is a bonus) for around half the price.

So far we are very happy with it. It's still new so we shall see how it holds up over time.

Customer Review dated August 2, 2023


08/01/2023


Mike and Jeanne

**Cool under the Beach Shade!**

As most are aware, there are many options for creating shady spots under a hot beach sun. We researched all the various types of big shades. I have experienced the other beach shade so often seen across the Carolina coast. However, they cost was really too high, and when we found the beach shade product, it was being offered at a much better price. Question, is what it have the same value as the other? we decided to go for it and have used the beach shade along the Carolina coast and now in Cape Cod. It's working flawlessly and I really love the anchoring system which eliminates the need for a sandbag and center tiedown the product as well-made and we highly recommend anyone consider the beach shade as an alternative to the aqua blue model , also, the customer service at beach shade is excellent as we had a small issue with the poles. It's fun to have a beaxh State set up on the Cape Cod Beach is compared to the traditional small umbrellas that are prevalent throughout the various beaches. We are getting lots of questions, where did you get that shade and we are happy to share the story. Save some money and enjoy the Shade!

