# EXHIBIT A-5

# OTHER SOURCES



July 22, 2023 Customer Message

July 2, 2023 Customer Message



Email from Laura Cole dated July 31, 2023



https://polarbearbeachgames.com/store/p71/BeachShade_Rental.html#/


Facebook Post dated July 31, 2023


Facebook Post dated July 27, 2023

> **Mary Pat McDonald** — Friday
>
> Thank you very much! Can't be without one on the beach. I was sorry to see a knock off on the beach today. A dark blue one with a stamp on it. Hope they don't start to pop up. Not as pretty.
> Mary Pat McDonald
> 608 Larkfield Court
> Fayetteville NC 28314
> I will return mine as soon as I swap it out from the beach.
>
> Very Grateful,
> Mary McDonald

July 28, 2023 Customer Message



July 20, 2023 Customer Message



July 20, 2023 Customer Message



Text Message from Owner of Robinson's Hardware (Shibumi vendor) to Dane Barnes captured July 13, 2023



Customer Contact Form dated July 10, 2023



Customer Contact Form dated July 11, 2023