# EXHIBIT A-6



Dane Barnes <dane@shibumishade.com>

## Amazon Complaint ID: 13504771641 - Trademark: 6892118

**Jason Ortega** <j.ortega@ivrhelp.com>  Mon, Aug 14, 2023 at 12:51 PM
To: Dane Barnes <dane@shibumishade.com>

Hey Dane,

The listing I used to purchase the product has been removed, or I cannot locate it. I also tried to back-search my order and look for the seller's store, and I cannot find them. Your team or someone else must have gotten to them and taken action. Below is one of the products I was referring to that is being sold that is similar to Shibumishade:

https://www.amazon.com/Original-Beach-Shade-Cordless-Alternative/dp/B0BLT42TLD/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=amzn1.sym.c201187d-adb9-405c-9853-b12a04ed95e2%3Aamzn1.sym.c201187d-adb9-405c-9853-b12a04ed95e2&crid=2Q54SVOW4D54R&cv_ct_cx=beach+sun+shade+canopy&keywords=beach+sun+shade+canopy&pd_rd_i=B0BLT42TLD&pd_rd_r=3835736a-839c-4f70-8202-0f9b5842fe3e&pd_rd_w=HCLhI&pd_rd_wg=b71tu&pf_rd_p=c201187d-adb9-405c-9853-b12a04ed95e2&pf_rd_r=H285Y56TVH8Z09Q41DCF&qid=1692031487&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sprefix=beach+sun+shade+canopy%2Caps%2C172&sr=1-3-9cb21890-b538-4fe1-898e-473f8bb6c1fa-spons&ufe=app_do%3Aamzn1.fos.f5122f16-c3e8-4386-bf32-63e904010ad0&sp_csd=d2lkZ2V0TmFtZT1zcF9zZWFyY2hfdGhlbWF0aWM&psc=1

Thanks again for jumping on a call and discussing this in more detail with me; much appreciated.

Kind regards,

Jason

---

**From:** Dane Barnes <dane@shibumishade.com>
**Date:** Monday, August 14, 2023 at 12:09 PM
**To:** Jason Ortega <j.ortega@ivrhelp.com>
**Subject:** Re: Amazon Complaint ID: 13504771641 - Trademark: 6892118

Hi Jason,

Which manufacturer supplied your product?

I'm happy to speak with you via phone or Google Meet. What's best for you?

Best wishes,

Dane


--

Dane Barnes
Co-founder
Shibumi
Phone: 336.816.9966
Website: ShibumiShade.com
Instagram and Facebook


Image removed by sender.


On Mon, Aug 14, 2023 at 10:56 AM Jason Ortega <j.ortega@ivrhelp.com> wrote:

> Hi Dane,
>
> I've attached two images from the product listing (Main and 2). I also attached an image (Comparison 4) comparing the product I listed and your product so that you can see the differences (Fabric, Material, Items, Instructions, etc.). Feel free to let me know if you have any questions or what else you need to retract your intellectual property claim.
>
> Kind regards,
>
> Jason
>
> **From:** Dane Barnes <dane@shibumishade.com>
> **Date:** Monday, August 14, 2023 at 9:11 AM
> **To:** Jason Ortega <j.ortega@ivrhelp.com>
> **Subject:** Re: Amazon Complaint ID: 13504771641 - Trademark: 6892118
>
> Hi Jason,
>
> Thanks for your message. Can you send me a photo or two from your product listing, please?
>
> Bes wishes,
>
> Dane

--

Dane Barnes
Co-founder
Shibumi
Phone: 336.816.9966
Website: ShibumiShade.com
Instagram and Facebook

**Error! Filename not specified.**

[Quoted text hidden]

Amazon product page screenshot



# Aluminum Pole Beach Tent. Windproof, Waterproof, and Portable Shade for Outdoor Activities. Hot Pink, Light Pink

Brand: Generic

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| Brand | Generic |
| Material | Nylon |
| Color | Hot Pink, Light Pink |
| Recommended Uses For Product | Outdoor |
| Product Dimensions | 27.52"L x 4.21"W x 4.21"H |

### About this item

- **Lightweight and durable**: Made from high-quality aluminum poles, this beach tent is lightweight yet sturdy, ensuring easy portability and durability.
- **Easy setup**: The tent features a simple and intuitive design that allows for quick and hassle-free setup, making it perfect for spontaneous beach trips. Instructions included.
- **UV protection**: The tent's fabric is specially treated to provide excellent UV protection, shielding you and your family from harmful sun rays during long beach days.
- **Spacious and comfortable**: With ample interior space, this beach tent comfortably accommodates multiple people and provides enough room for chairs, coolers, and other beach essentials.
- **Waterproof and wind-resistant**: Crafted with water-resistant materials and equipped with sturdy stakes and lines, this tent can withstand rain and wind, ensuring a dry and secure shelter.
- **Versatile usage**: This beach tent can also be used for camping, picnics, or any outdoor activities, making it a versatile and practical investment.
- **Portability and easy storage**: The tent comes with a convenient carrying bag, making it easy to transport and store when not in use.
- **Stylish design options**: Available in various colors and patterns, this beach tent combines functionality with aesthetic appeal, allowing you to choose a design that suits your personal style.

## Product Description

Aluminum pole beach tent. Windproof, waterproof, and portable shade for outdoor activities. Size (about): Shade Fabric: 3 * 48m/9.7 16.2ft Pole total length: 8m/26 ft, Material: 210D nylon/aluminum alloy, Packing List: 1 Beach Tent, 14 Rod Sections, 3 Grounding Anchors, 1 Storage Bag. Contact this seller for custom color orders.

## Product information

| | |
|---|---|
| Brand | Generic |
| Material | Nylon |
| Color | Hot Pink, Light Pink |
| Recommended Uses For Product | Outdoor |
| Product Dimensions | 27.52"L x 4.21"W x 4.21"H |
| Ultraviolet Light Protection | 60 |
| Frame Material | Aluminum |
| Water Resistance Level | Waterproof |
| Pole Material Type | Aluminum |
| Item Weight | 4.62 pounds |
| Manufacturer | Generic |
| ASIN | B09RQQ8SZJ |
| Item model number | Hot Pink, Light Pink |
| Best Sellers Rank | #1,138,906 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #1,104 in Camping Sun Shelters |

### Feedback

Would you like to **tell us about a lower price?**

## Products related to this item

Sponsored · Page 1 of 18

      

- CROWN SHADES 10x10 Pop Up Canopy, Patented Center Lock One Push Instant... — 6,321 — $143.99 prime
- COOS BAY 8x8 Outdoor Instant Easy Set up Canopy Tent with Carry Bag, Portable Pop u... — 3 — $89.99
- Eurmax USA Smart Pop up Canopy Tent 10'x10'Canopy Tent Outdoor Instant... — 1,321 — $209.99 prime
- EAGLE PEAK 10x10 Heavy Duty Pop up Commercial Canopy Tent Instant Sun Shelter... — 7 — $179.99 prime
- EAGLE PEAK 13x13 Straight Leg Pop Up Canopy Tent Instant Outdoor Canopy Easy... — 1,833 — $189.99 prime
- American Phoenix 8x8 Pop Up Tent Instant Outdoor Canopy Portable Shade... — 80 — $109.99
- INTER HUT Outdoor Portable Pop up Canopy Tent with Carry Bag, Instant Easy Setup Be... — 17 — $89.99 prime

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

**No customer reviews**

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Products related to this item

Sponsored · Page 1 of 32

      

- AMERICAN PHOENIX 10x20 Canopy Tent Pop Up Portable Instant Commercial Outdoor... — 546 — $239.99
- Beach Tent Beach Canopy Beach Shade UPF50+, ANEWSIR Beach Cabana 9ft Tall, 13 x... — 3 — $119.99 prime
- Pop Up Beach Tent 10x10 FT Portable Beach Canopy Tent with UV Protection, Wind Resi... — 42 — $69.99 prime
- OutdoorMaster Pop Up Beach Tent for 4 Person - Easy Setup and Portable Beach Shade... — 5,359 — $69.99 prime
- Beach Tent Sun Shelter with 2 Metal Poles,7x7ft UPF 50+ UV Protection Canopy Tent,... — $37.99 prime
- Beach Tent, Sunba Youth Beach Shade, Anti UV Instant Portable Tent Sun Shelter, Pop... — 2,697 — Amazon's Choice in Camping Sun Shelters — $32.99 prime
- Lightspeed Outdoors Sun Shelter, Beach Tent, Deep Tropics — 84 — $59.99

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Start Selling with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | |
| Amazon Devices | Advertise Your Products | Gift Cards | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

amazon  English  United States