# EXHIBIT A-7





further activity that infringes our intellectual property
3) Confirm in writing that you have complied with the terms set forth herein

Please respond in writing to me via this Facebook chat no later than Wednesday, August 30, 2023 to confirm your intention to comply with this request and to inform us of the date on which we can expect compliance to the terms set forth herein.

My cell is 336.816.9966. Please feel free to call me anytime to discuss if you'd like.

Best wishes,
Dane



Shibumi Shade - World's Best Beach Shade

I'm happy to explain our rights to you via phone. Are you available to speak now?

5:30 PM

Dave

https://a.co/d/hec2GER

★★★★★ 537
Original Beach Shade Cordless - Windproof Beach Umbrella Sun Shelter - Portable Beach Shade Canopy Tent ...

Are you cease and desisting this one as well?

Yes, we have two federal lawsuits against that company

Dave

If you don't mind me asking, where do you guys manufacture your product?

Feel free to give me a call. I'm happy to chat. 336.816.9966

Sent 2m ago

Try Messenger for Windows

Aa