# EXHIBIT A-9





# WORLD'S BEST BEACH SHADE
Designed And Sewn in America

SHOP SHIBUMI →

---

### FREE LUXE TOWEL
For a limited time, receive a Free Shibumi Luxe Towel with any shade purchase!

SHOP NOW →

---

## SHIBUMI SHADE®

**Shade for the whole crew**
Now quieter, stronger, and made from 40% ocean-bound recycled plastic bottles.

SHOP SHIBUMI SHADE® →



Case 5:23-cv-00297-FL     Document 47-10     Filed 10/13/23     Page 2 of 4



## SHIBUMI SHADE MINI®

**Shade for two or just for you**

Perfect for 1-2 people and for traveling to any beach in the world.

SHOP SHIBUMI SHADE MINI® →

## LUXE BEACH TOWEL

In our signature Shibumi way, we mastered the fundamentals with our towel: high-quality materials, thoughtful design, and a beachside sensibility that's all about ease.





LUXE TOWEL - SHADY DAYS
$50.00



LUXE TOWEL - RELAX ON REPEAT
$50.00

Case 5:23-cv-00297-FL     Document 47-10     Filed 10/13/23     Page 3 of 4



LUXE TOWEL - SHIBUMI SIGNATURE
$50.00

LUXE TOWEL - EBB & FLOW
$50.00



## DISTINCTIVE DESIGN

How can you spot a genuine Shibumi® beach shade? Look for our single curved frame and our free-flowing, two-toned canopy.

SHOP SHIBUMI →



SHIBUMI

NAVIGATION

Contact    Where To Buy    Reviews    Policies    Patents    Become A Retailer    Corporate Gifting

GET CONNECTED

© 2023, Shibumi Shade.

**Case 5:23-cv-00297-FL          Document 47-10          Filed 10/13/23          Page 4 of 4**