# EXHIBIT A-10

Free Shipping! Buy Yours Now Before We're Sold Out!



# The Best Shade on the Beach

**Shop Now**

## Meet the Beach Shade Cordless

The Beach Shade is compact, lightweight, easy-to-set-up, and provides a massive amount of shade.

It's better than a traditional beach umbrella in every way, and won't blow away in heavy winds, because it's designed to use the steady beach breeze to keep the shade flowing.

## Only $199

CURRENT COMPETITOR PRICE: $270

## Say Goodbye to Your Umbrella

**Lightweight & Portable**

Unlike a typical beach umbrella, the Beach Shade weighs less than 5lbs and packs down to only 3 ft long.

**Shade for 6 Adults**

Our shade offers over 100sq ft of shade for the whole family, with plenty of room for adults to stand comfortably undeaneath.

**No Sandbag or Cord**

No more digging holes and getting sand under your nails just to set up your shady haven. Plus no more tripping on the front cord!

**Easy to Set Up**

One person can set up a beach shade in 3 minutes with no special equipment or extra hands required.

1/2





BEACH SHADE

# Beach Shade Cordless – Free Shipping!

~~$219.00 USD~~  $199.00 USD  Sale

Shipping calculated at checkout.

4 interest-free installments, or from **$17.96**/mo with shop Pay  View sample plans

Quantity

[ − ]  1  [ + ]

Add to cart



More payment options

⇧ Share                                                                 View full details →



### Packs down small.

Beach Shade Cordless weighs just 4lbs, and packs down small enough that anyone can carry it.



### Easy Set-up

It takes just one person to set-up the Beach Shade Cordless. No more drilling holes in the sand for a bulky umbrella or spending 15 minutes of frustration to set-up your tent.

## "Where Did you Get That?"

- 15 people every time we use our Beach Shade

### Got a Question? Email us.

Name

Email *

Phone

What's up?

Send

Info

Shop

Search

Setup

Contact

Our Mission

We love everything about the beach except for the sun, the sand, and the heat. We're here to make your day on the beach as comfortable and easy as possible.

Case 5:23-cv-00297-FL     Document 47-11     Filed 10/13/23     Page 5 of 6



Case 5:23-cv-00297-FL     Document 47-11     Filed 10/13/23     Page 6 of 6